UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA *et al. ex rel.* SANDRA GAUCH *et al.*,

                          Plaintiffs and Relators,

-against-

LINCARE INC. *et al.*,

                                Defendants.

18 Civ. 783 (PGG)

[REDACTED] **UNSEALING ORDER**

---

UNITED STATES OF AMERICA,

                          Plaintiff-Intervenor,

-against-

LINCARE INC.,

                                    Defendant.

**ORDER**

WHEREAS, by notice dated February 6, 2023 and pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States of America intervened in the above-captioned *qui tam* action with respect to the federal False Claims Act claims asserted against defendant Lincare Inc.

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

2. All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except to the extent the seal was partially lifted pursuant to the Court's prior Order dated November 29, 2022, and except as provided for in Paragraph 3 below.

3. The seal shall be lifted as to the Government's Notice of Election to Partially Intervene; the United States' Complaint-In-Intervention; the Stipulation and Order of Settlement and Dismissal entered into by the United States, Defendant Lincare Inc., and Relators; the Stipulation and Order of Settlement and Release Between the United States and Relators; and Relators' Complaint.

Dated: New York, New York
February 14, 2024

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
United States District Judge