DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By:    CHARLES S. JACOB
       AMANDA LEE
       ILAN STEIN
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2725/2781/2525
Email: charles.jacob@usdoj.gov
       amanda.lee2@usdoj.gov
       ilan.stein@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| UNITED STATES OF AMERICA *et al. ex rel.* SANDRA GAUCH *et al.*, <br><br> Plaintiffs and Relators, <br><br> -against- <br><br> LINCARE INC. *et al.*, <br><br> Defendants. | 18 Civ. 783 (PGG) <br><br> ~~FILED UNDER SEAL~~ |

## GOVERNMENT'S NOTICE OF ELECTION TO PARTIALLY INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States of America (the "United States") notifies the Court of its intervention in the above-referenced action with respect to the federal False Claims Act claims asserted against defendant Lincare Inc. The United States declines to intervene with respect to the federal False Claims Act claims asserted against all other named defendants in the Relators' complaint.

Dated: New York, New York
February 8, 2024

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney

By:    /s/ Charles S. Jacob
        CHARLES S. JACOB
        AMANDA LEE
        ILAN STEIN
        Assistant United States Attorneys
        86 Chambers Street, Third Floor
        New York, NY 10007
        Tel: (212) 637-2725/2781/2525
        charles.jacob@usdoj.gov
        amanda.lee2@usdoj.gov
        ilan.stein@usdoj.gov

        *Attorneys for the United States*